UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MISKO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>M. POLLARD, Acting Warden, et al.,<br><br>　　　　　Respondents. | Case No. CV 20-2843 TJH (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondents' Motion to Dismiss, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that Respondents' Motion to Dismiss is GRANTED. The Petition is denied and Judgment shall be entered dismissing this action without prejudice.

\\

\\

\\

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record and on counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: DECEMBER 14, 2020

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE