1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOHN MISKO,

                Petitioner,

     v.

M. POLLARD, Acting Warden, et al.,

                Respondents.

Case No. CV 20-2843 TJH (PVC)

**JUDGMENT**

     Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED:  DECEMBER 14, 2020

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE